Christopher M. Wages, WSB #6-3276
Attorney for Defendant
130 South Main Street
Buffalo, WY 82834
(307) 684-2008 phone
(307) 425-1017 fax
chris@wagesgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 10-CR-088-01J |
| Plaintiff, | ) | |
| v. | ) | |
| **BRETT MATHEW LATTIN,** | ) | |
| Defendant. | ) | |

## MOTION FOR EARLY RELEASE FROM SUPERVISED RELEASE

COMES NOW the Defendant, Brett Mathew Lattin, by and through his undersigned attorney, and respectfully requests an early release from supervised release, and as grounds therefore would allege as follows:

1. That on June 18, 2010, the Court accepted the Defendant's plea of guilty to one count in violation of 18 U.S.C. 1341, 1343 and 1349, Conspiracy to Commit Mail and Wire Fraud.

2. That the Defendant was sentenced to forty-one (41) months imprisonment, and upon his release, was placed on supervised release for a period of three (3) years.

3. That the Defendant was further ordered to pay an Assessment in the amount of $100.00 and Restitution in the amount of $2,450,000.00.

4. That the Defendant completed all of his prison time successfully, without problems.

5. That the Defendant has been a satisfactory probationer, obeyed all rules and regulations of the United States Probation Office, and caused no supervisory concerns.

6. That the Defendant has lead a law-abiding life and is employed full time.

7. That the Defendant's conviction did not involve drugs or alcohol and was not a violent offense.

8. That the Defendant has been compliant in all respects regarding his *Judgment in a Criminal Case*.

9. That the Defendant has served more than two-thirds of his original supervised release term.

10. That the Defendant has been making monthly payments of $400.00 towards restitution, and should Defendant's motion herein be granted, Defendant intends to continue monthly payments to the Court until restitution is fully paid. The victim can collect the restitution without supervisory services.

WHEREFORE, the Defendant prays that the Court consider this request for early release from supervised release and such other and further relief as the Court may deem appropriate.

RESPECTFULLY SUBMITTED this 14th day of December, 2015.

THE WAGES GROUP, LLC

　/s/ *Christopher M. Wages*_____
CHRISTOPHER M. WAGES, WSB # 6-3276
The Wages Group, LLC
130 South Main Street
Buffalo, WY 82834
(307) 684-2008
(307) 425-1017 – fax
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of December, 2015, a true and correct copy of the foregoing *Motion for Early Release from Supervised Release* was served upon counsel for the United States of America via CM/ECF or the Court's Electronic Filing System.

                                              /s/ *Christopher M. Wages*
                                              CHRISTOPHER M. WAGES