L. Robert Murray
Wyoming State Bar No. 5-2874
Assistant United States Attorney
District of Wyoming
P.O. Box 668
Cheyenne, WY 82001
(307) 772-2124
robert.murray@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

**UNITED STATES OF AMERICA,**

    Plaintiff,

    v.

**BRETT MATHEW LATTIN,**

    Defendant.

**Criminal No. 10-CR-088-J**

### UNITED STATES' NOTICE OF OBJECTION TO DEFENDANT'S MOTION FOR EARLY RELEASE FROM SUPERVISED RELEASE

Defendant Lattin is requesting early release from his 3 year term of supervised release. After consulting with the United States Probation Office, the United States objects to an early release.

DATED this 5th day of January, 2016.

                CHRISTOPHER A. CROFTS
                United States Attorney

        By:   /s/*L. Robert Murray*
                L. ROBERT MURRAY
                Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2016, the foregoing was electronically filed and consequently served on defense counsel.

                                                */s/Louisa G. Cruz*
                                                For the United States Attorney's Office