IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 10-CR-088-01J |
| Plaintiff, | ) | |
| v. | ) | |
| BRETT MATHEW LATTIN, | ) | |
| Defendant. | ) | |

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

FEB -3 2016

Stephan Harris, Clerk
Cheyenne

### ORDER FOR EARLY RELEASE
### FROM SUPERVISED RELEASE

THIS MATTER having come before the Court upon the Defendant's *Motion for Early Release From Supervised Release*, the Court having considered the Motion and the statements therein, finds that Defendant is an appropriate candidate for early release from supervision and it is just and proper to grant said Motion.

IT IS, THEREFORE, HEREBY ORDERED that the Defendant is released from the supervision of the United States Probation Office.

SO ORDERED this 3d day of February, 2016.

_____
U.S. District Court Judge