L. ROBERT MURRAY
Acting United States Attorney
C. LEVI MARTIN (WY Bar #6-3781)
Assistant United States Attorney
PO Box 668
Cheyenne, WY 82003-068
(307) 772-2124
christopher.martin@usdoj.gov

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2021 AUG -4 PM 3:39

MARGARET BOTKINS, CLERK
CHEYENNE

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BRETT MATHEW LATTIN,<br><br>　　　　Defendant,<br><br>and<br><br>MINERAL RESOURCES<br>MANAGEMENT, LLC,<br><br>　　　　Garnishee. | Criminal No. 2:10-cr-00088-ABJ-1 |

## APPLICATION FOR WRIT OF GARNISHMENT

Plaintiff, United States of America, hereby makes application to the United States District Court, in accordance with 28 U.S.C. § 3205(b)(1), for a Writ of Garnishment upon the criminal judgment entered June 18, 2010, against Defendant, Brett Mathew Lattin, Social Security Number ***-**-7443, whose last known address is 10 Oak Tree Court, Sheridan, WY 82801. Judgment was entered against Defendant in this criminal case that includes criminal fines, assessments, restitution orders, costs, or penalties in the amount of $2,450,100.00. The sum of $62,842.12 has

been credited to the judgment debt, leaving a total balance due (including any applicable interest and penalties) of $2,387,357.88, as of August 4, 2021. (Restitution is joint and several with co-Defendant, Mark Allan McGregor, 2:10-cr-00087. Each Defendant had a $100.00 special assessment included in their respective judgments.) More than thirty (30) days has elapsed since demand was made on Defendant for payment of the debt, and Defendant has not paid the amount due.

Garnishee is believed to owe or will owe money or property, including nonexempt disposable earnings, to Defendant; or have possession, custody or control over property in which Defendant has a substantial, non-exempt interest. The name and address of the Garnishee or its authorized agent is:

> Mineral Resources Management
> Christopher M. Wages, Agent
> 130 S. Main Street
> Buffalo, WY 82834

The amount owing consists of a criminal fine or restitution and may be enforced pursuant to the Federal Debt Collection Procedures Act of 1990 (FDCPA), 28 U.S.C. § 3001-3308. See 18 U.S.C. § 3613 and 18 U.S.C. § 3664(m)(1)(A). This garnishment proceeding is a proceeding under subchapter C of the Federal Debt Collection Procedure Act (FDCPA) and the United States is therefore entitled to recover a surcharge of 10% of the amount of the debt pursuant to 28 U.S.C. § 3011(a).

WHEREFORE, the requirements of 28 U.S.C. § 3205 having been met, the United States respectfully requests that the Court issue a Writ of Garnishment and impose, as the Court deems appropriate, a surcharge in the amount of 10% of the amount of the debt in accordance with the FDCPA.

DATED this 4th day of August 2021.

                                  L. ROBERT MURRAY
                                  Acting United States Attorney

By: _____
       C. LEVI MARTIN
       Assistant United States Attorney