UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

AUG 16 2021
11:02 am
Margaret Botkins, Clerk
Cheyenne

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Criminal No. 2:10-cr-00088-ABJ-1 |
| BRETT MATHEW LATTIN, | |
| Defendant, | |
| and | |
| MINERAL RESOURCES MANAGEMENT, LLC, | |
| Garnishee. | |

### ANSWER OF THE GARNISHEE TO WRIT OF GARNISHMENT

_____

_____

Daniel L. Groskop _____, BEING DULY SWORN
*(Affiant Name)*
DEPOSES AND STATES:

**IF GARNISHEE IS AN INDIVIDUAL:**

I am Garnishee herein doing business in the name of _____

_____
*(State full name and address of business)*

**IF GARNISHEE IS A PARTNERSHIP:**

I am a partner or authorized representative of a partnership designated as _____

_____
*(State full name and address of partnership)*

**IF GARNISHEE IS A CORPORATION OR LIMITED LIABILITY COMPANY:**

I am the __Member_____ of Garnishee,
*(official title)*
Mineral Resources Management, LLC, P.O. Box 768, Sheridan, WY 82801
*(State full name and address of business entity)*

a Corporation / (Limited Liability Company) *(circle one)*, organized under the laws of the State of

__Wyoming_____

On __August 4_____, 2021, Garnishee was served with the Writ of Continuing Garnishment, and answers as follows:

A. Garnishee employs Defendant or otherwise provides Defendant with compensation for services in the manner set forth in the following subsections-

   1. Defendant's current pay period is:
      ___ weekly
      _X_ bi-weekly
      ___ semi-monthly
      ___ monthly
      ___ Other (please specify) _____

   2. Defendant's current pay period (in effect on the date when the writ of garnishment was served) began and will end on the following dates:

      __08__ / __01__ /2021 to __08__ / __15__ /2021

   3. The following amounts reflect Defendant's disposable earnings and the amount to be withheld pursuant to this Writ of Garnishment:
      (a) Gross pay                                $ 2,000.00
      (b) Federal income tax                       $   207.00
      (c) FICA                                     $   153.00
      (d) State income tax                         $
      (e) Local income tax                         $
      (f) Total tax withholdings                   $   360.00
          (sum of (b) through (e))
      (g) Net Pay/Disposable Earnings              $ 1,640.00
          (line (a) minus line (f))
      (h) Amount to be withheld                    $   410.00

(lesser of: (1) line (g) times 25%; or (2) the amount line (g) exceeds 30 times the federal minimum wage )

B. Garnishee has been served with other previous garnishments as to Defendant, which are described below to include the effective dates of the garnishment, whether the garnishment is continuing, and the garnishing party:

2

        _Not applicable._

C.    Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| | Description of Property | Value | Approximate Description of Defendant's Interest in Property |
|---|---|---|---|
| 1. | 2012 Jeep Wrangler | $19,000.00 | Company car Defendant drives for Garnishee |
| 2. | | | |
| 3. | | | |
| 4. | | | |

D.    Garnishee anticipates owing to Defendant in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ 1,640.00 | 08/31/2021 |
| 2. | $ 1,640.00 | 09/15/2021 |
| 3. | $ 1,640.00 | 09/30/2021 |
| 4. | $ 1,640.00 | 10/15/2021 |

E.    Garnishee denies holding property subject to this Writ of Garnishment for the reasons indicated below:

    _____ The Garnishee is now in no manner and upon no account indebted or under liability to Defendant, and the Garnishee does not have his/her possession or control any property belonging to Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

    _____ The Garnishee makes the following claim of exemption(s) on the part of Defendant:

3

_____ Garnishee claims it has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____
_____
_____
_____

Garnishee mailed the original of this answer by first-class mail to:
    Clerk, U.S. District Court
    2120 Capitol Avenue, Room 2141
    Cheyenne, WY 82001

and a copy of this answer by first-class mail to Defendant **and** the U.S. Attorney's Office:

| | |
|---|---|
| Christopher M. Wages | U.S. Attorney's Office |
| The Wages Group, LLC | C. Levi Martin |
| 130 S. Main Street | Assistant United States Attorney |
| Buffalo, WY 82834 | PO Box 668 |
|    Attorneys for Defendant | Cheyenne, WY 82003-0668 |
|    Brett Mathew Lattin | |

_____
GARNISHEE
(signed: Daniel L. Groskop)

STATE OF **Wyoming**   )
                             ) ss.
COUNTY OF **Johnson**   )

Subscribed and sworn to before me by **Daniel L. Groskop** this **13th** day of **August** 2021.

[Notary Seal: CONNIE PEYROT, NOTARY PUBLIC, COUNTY OF JOHNSON, STATE OF WYOMING, MY COMMISSION EXPIRES SEPTEMBER 21, 2022]

_____
Notary Public
My Commission expires: **9-21-22**

4

**FNB**

**First Northern Bank**
*of* WYOMING
P.O. Box 400, Buffalo, WY 83834

CASPER WY 826

13 AUG 2021 PM 2 T

Clerk, US District Court
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001

8200183658