

**FILED**

9:25 am, 9/1/21

**Margaret Botkins
Clerk of Court**

UNITED STATES DISTRICT COURT

DISTRICT OF WYOMING

UNITED STATES OF AMERICA,

  Plaintiff,

v.

BRETT MATHEW LATTIN,

  Defendant,

and

MINERAL RESOURCES MANAGEMENT, LLC,

  Garnishee.

Criminal No. 2:10-cr-00088-ABJ-1

## FINAL ORDER IN GARNISHMENT

This matter is before the Court on Plaintiff's motion for entry of a final order in garnishment pursuant to 28 U.S.C. § 3205, against property of the judgment Defendant, Brett Mathew Lattin.

The Court having considered the Application for a Writ of Garnishment, the Answer of the Garnishee, and noting that Defendant has not exercised his right to request a hearing or object to the Answer, the Court now finds that the entry of the final order of garnishment is appropriate.

IT IS THEREFORE ORDERED that Garnishee (Mineral Resources Management, PO Box 763, Sheridan, WY 82801, and/or c/o Christopher M. Wages, Agent, The Wages Group, LLC, 130 S. Main Street, Buffalo, WY 82834)) is hereby ordered to pay into the hands of the Clerk of the United States District Court, for the District of Wyoming, twenty-five percent (25%) of each benefit held by Garnishee and owed to Defendant.

IT IS FURTHER ORDERED that this sum is to be applied upon the judgment rendered in this cause upon which there is an unpaid balance of $2,387,107.88 as of August 31, 2021.

Checks should be made payable to "Clerk, U.S. District Court" and mailed to:

>Clerk, U.S. District Court
>2120 Capitol Avenue, Room 2141
>Cheyenne, WY 82001

DATED this 31st day of August, 2021.

_____
HON. ALAN B. JOHNSON
United States District Judge