UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2024 APR 15  PM 1:47

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT MATHEW LATTIN,<br><br>Defendant,<br><br>and<br><br>REEF ENERGY SERVICES, LLC,<br><br>Garnishee. | Criminal No. 2:10-cr-00088-ABJ-1 |

## ANSWER OF THE GARNISHEE TO WRIT OF GARNISHMENT

__Reef Energy Services, LLC_____

__Clyde Shugart, Manager_____,BEING DULY SWORN
*(Affiant Name)*
DEPOSES AND STATES:

**IF GARNISHEE IS AN INDIVIDUAL:**

I am Garnishee herein doing business in the name of _____

_____
*(State full name and address of business)*

**IF GARNISHEE IS A PARTNERSHIP:**

I am a partner or authorized representative of a partnership designated as _____

_____
*(State full name and address of partnership)*

**IF GARNISHEE IS A CORPORATION OR LIMITED LIABILITY COMPANY:**

I am the  Clyde Shugart, Manager  of Garnishee,
*(official title)*
Reef Energy Services, LLC    PO Box 7351, Odessa, Texas 79760
*(State full name and address of business entity)*

a Corporation / **Limited Liability Company** *(circle one)*, organized under the laws of the State of Texas

On  April 4, 2024 , Garnishee was served with the Writ of Continuing Garnishment, and answers as follows:

A. Garnishee employs Defendant or otherwise provides Defendant with compensation for services in the manner set forth in the following subsections-

  1. Defendant's current pay period is:
     ___ weekly
     ___ bi-weekly
     ___ semi-monthly
     ___ monthly
     _X_ Other (please specify)  None

  2. Defendant's current pay period (in effect on the date when the writ of garnishment was served) began and will end on the following dates:

     N/A / / to N/A / /

  3. The following amounts reflect Defendant's disposable earnings and the amount to be withheld pursuant to this Writ of Garnishment:
     (a) Gross pay                                          $_____
     (b) Federal income tax                                 $_____
     (c) FICA                                               $_____
     (d) State income tax                                   $_____
     (e) Local income tax                                   $_____
     (f) Total tax withholdings                             $_____
         (sum of (b) through (e))
     (g) Net Pay/Disposable Earnings                        $_____
         (line (a) minus line (f))
     (h) Amount to be withheld                              $  0.00

(lesser of: (1) line (g) times 25%; or (2) the amount line (g) exceeds 30 times the federal minimum wage)

B. Garnishee has been served with other previous garnishments as to Defendant, which are described below to include the effective dates of the garnishment, whether the garnishment is continuing, and the garnishing party:

Garnishee has never been served with another garnishment as to the Defendant.

C. Garnishee has custody, control or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| | Description of Property | Value | Approximate Description of Defendant's Interest in Property |
|---|---|---|---|
| 1. | None. | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

D. Garnishee anticipates owing to Defendant in the future, the following amounts:

| | Amount | Estimate date or Period Due |
|---|---|---|
| 1. | $ None. | |
| 2. | $ | |
| 3. | $ | |
| 4. | $ | |

E. Garnishee denies holding property subject to this Writ of Garnishment for the reasons indicated below:

__X__ The Garnishee is now in no manner and upon no account indebted or under liability to Defendant, and the Garnishee does not have his/her possession or control any property belonging to Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

3

_____ The Garnishee makes the following claim of exemption(s) on the part of Defendant:
N/A

_____ Garnishee claims it has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:
N/A

## **SEE EXHIBIT 1 ATTACHED AND INCORPORATED HEREIN.

Garnishee mailed the original of this answer by first-class mail to:
Clerk, U.S. District Court
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001

and a copy of this answer by first-class mail to Defendant's counsel **and** the U.S. Attorney's Office:

Christopher M. Wages          U.S. Attorney's Office
The Wages Group, LLC          Jasmine M. Peters
130 South Main Street         Assistant United States Attorney
Buffalo, WY 82834             P.O. Box 668
*Attorneys for Defendant*     Cheyenne, WY 82003-0668

_____
GARNISHEE

STATE OF  TEXAS        )
                       ) ss.
COUNTY OF  ECTOR       )

Subscribed and sworn to before me by **Clyde Shugart** this 9th day of **April**

Notary Public
My Commission expires: 07/31/2025

JOANN GARCIA
Notary Public, State of Texas
Comm. Expires 07-31-2025
Notary ID 123937026

4

**EXHIBIT 1**

Defendant has never been an employee, owner, or had any dealings with Garnishee. Danny Griffin is not the President, COO, or any other officer of Garnishee. Danny Griffin has neither actual, implied nor apparent authority to act on Garnishee's behalf.

# KENT HALE, P.C.
## ATTORNEY AT LAW

7202 Slide Road, Suite 300
Lubbock, Texas 79424
Telephone: (806) 791-5008
Facsimile: (806) 696-4550
kent@kenthale.com

RECEIVED
APR 15 2024
CLERK, U.S.D.C.
CHEYENNE, WYOMING

April 9, 2024

*Via First Class Mail*
Clerk, U.S. District Court
2120 Capitol Ave, Room 2141
Cheyenne, WY 82001

RE: No. 2:10-cr-00088-ABJ-1; *United States of America v. Brett Mathew Lattin and Reef Energy Services, LLC*

Dear Clerk:

Enclosed herein for filing is Garnishee, Reef Energy Services, LLC's Answer to Writ of Garnishment.

Sincerely,

Kent Hale, P.C.

Kelsey Loveless
OFFICE MANAGER &
LEGAL ASSISTANT TO KENT HALE

cc:  Christopher M. Wages
     The Wages Group, LLC
     130 South Main Street
     Buffalo, WY 82834

     U.S. Attorney's Office
     Jasmine M. Peters
     Assistant United States Attorney
     P.O. Box 668
     Cheyenne, WY 82003

**KENT HALE, PC**
**ATTORNEY AT LAW**
7202 SLIDE ROAD, STE 300
LUBBOCK, TX 79424

LUBBOCK TX 794

10 APR 2024 PM 2 L

B93726.02
**$0.88 0**
US POSTAGE
FIRST-CLASS
062S0001857735
FROM 79424



Clerk, U.S. District Court
2120 Capitol Ave, Room 2141
Cheyenne, WY 82001


82001-365841