| Collection Office | USAO | Collection District | WY | Last Name | Lattin | First Name | Brett Mathew | CDCS Number | 2010A63594 | Court Number | 2:10-CR-00088-1J |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Collect Type | 6 | Priority Code | 01 | Scheduled Payment Amount | | Scheduled Payment Date | | | | Current Liability | $2,378,347.88 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000007 | PMNT | 08/05/2010 | CL | A | Kaycee Lattin | | 9679 | | 08/05/2010 | $100.00 |
| 000017 | PMNT | 10/12/2010 | CB | A | LATTIN, BRETT MATHEW | | | 432 11-011 | 11/01/2010 | $25.00 |
| 000023 | PMNT | 11/10/2010 | CB | A | LATTIN, BRETT MATHEW | | | 432 11-021 | 12/06/2010 | $25.00 |
| 000032 | PMNT | 12/13/2010 | CB | A | LATTIN, BRETT MATHEW | | | 432 11-031 | 01/04/2011 | $25.00 |
| 000041 | PMNT | 01/11/2011 | CB | A | LATTIN, BRETT MATHEW | | | 432 11-041 | 02/07/2011 | $25.00 |
| 000089 | PMNT | 09/07/2011 | CB | A | BOP | | | | 10/24/2011 | $28.12 |
| 000119 | PMNT | 04/11/2012 | CB | A | bop | | | | 05/21/2012 | $50.00 |
| 000128 | PMNT | 05/11/2012 | CB | A | BOP | | | | 07/11/2012 | $50.00 |
| 000167 | PMNT | 09/10/2013 | CL | A | LATTIN, BRETT MATHEW | | CAS001115 | | 09/24/2013 | $200.00 |
| 000179 | PMNT | 11/01/2013 | CL | A | LATTIN, BRETT MATHEW | | CAS001141 | | 11/15/2013 | $200.00 |
| 000182 | PMNT | 11/21/2013 | CL | A | LATTIN, BRETT MATHEW | | CAS001153 | | 11/26/2013 | $200.00 |
| 000191 | PMNT | 01/21/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001180 | | 01/29/2014 | $200.00 |
| 000194 | PMNT | 01/21/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001181 | | 01/29/2014 | $200.00 |
| 000197 | PMNT | 02/11/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001195 | | 02/21/2014 | $200.00 |
| 000206 | PMNT | 03/31/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001231 | | 04/07/2014 | $200.00 |
| 000209 | PMNT | 04/29/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001251 | | 05/01/2014 | $200.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000212 | PMNT | 05/29/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001275 | | 06/02/2014 | $200.00 |
| 000221 | PMNT | 07/16/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001302 | | 08/01/2014 | $200.00 |
| 000224 | PMNT | 07/31/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001312 | | 08/01/2014 | $200.00 |
| 000227 | PMNT | 09/04/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001333 | | 09/15/2014 | $400.00 |
| 000242 | PMNT | 12/04/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001379 | | 12/12/2014 | $200.00 |
| 000245 | PMNT | 12/04/2014 | CL | A | LATTIN, BRETT MATHEW | | CAS001378 | | 12/12/2014 | $200.00 |
| 000254 | PMNT | 01/29/2015 | CL | A | LATTIN, BRETT MATHEW | | CAS001401 | | 02/03/2015 | $200.00 |
| 000260 | PMNT | 03/12/2015 | CL | A | LATTIN, BRETT MATHEW | | CAS001430 | | 03/17/2015 | $400.00 |
| 000266 | PMNT | 04/09/2015 | CL | A | LATTIN, BRETT MATHEW | | CAS001441 | | 04/15/2015 | $400.00 |
| 000275 | PMNT | 05/28/2015 | CL | A | LATTIN, BRETT MATHEW | | CAS001468 | | 06/02/2015 | $400.00 |
| 000281 | PMNT | 07/14/2015 | CL | A | LATTIN, BRETT MATHEW | | CAS001490 | | 07/16/2015 | $800.00 |
| 000290 | PMNT | 08/31/2015 | CL | A | LATTIN, BRETT MATHEW | | CAS001510 | | 09/01/2015 | $400.00 |
| 000296 | PMNT | 10/05/2015 | CL | A | LATTIN, BRETT MATHEW | | CAS001530 | | 10/19/2015 | $800.00 |
| 000302 | PMNT | 11/02/2015 | CL | A | LATTIN, BRETT MATHEW | | CAS001553 | | 11/13/2015 | $400.00 |
| 000308 | PMNT | 12/08/2015 | CL | A | LATTIN, BRETT MATHEW | | CAS001578 | | 12/24/2015 | $400.00 |

| Sequence Finance | Finance Code | Received Date | Payment Form | Received By USAO | Received From | Deposit Number | Check Number | BOP Deposit Number | Posting Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000317 | PMNT | 01/27/2016 | CL | A | LATTIN, BRETT MATHEW | | 16469100027 | | 01/28/2016 | $100.00 |
| 000320 | PMNT | 01/26/2016 | CL | A | LATTIN, BRETT MATHEW | | CAS001600 | | 02/03/2016 | $400.00 |
| 000521 | PMNT | 07/23/2021 | CL | A | LATTIN, BRETT MATHEW | | 037 | | 07/28/2021 | $25.00 |
| 000530 | PMNT | 10/06/2021 | CL | A | LATTIN, BRETT MATHEW | | 368 | | 10/08/2021 | $410.00 |
| 000536 | PMNT | 10/20/2021 | CL | A | LATTIN, BRETT MATHEW | | 424 | | 10/22/2021 | $410.00 |
| 000542 | PMNT | 11/18/2021 | CL | A | LATTIN, BRETT MATHEW | | 561 | | 11/25/2021 | $410.00 |
| 000545 | PMNT | 11/18/2021 | CL | A | LATTIN, BRETT MATHEW | | 560 | | 11/25/2021 | $410.00 |
| 000548 | PMNT | 12/06/2021 | CL | A | LATTIN, BRETT MATHEW | | 637 | | 12/08/2021 | $410.00 |
| 000557 | PMNT | 01/24/2022 | CL | A | LATTIN, BRETT MATHEW | | 837 | | 01/26/2022 | $410.00 |
| 000611 | PMNT | 06/27/2023 | CL | A | LATTIN, BRETT MATHEW | | 001718 | | 07/01/2023 | $400.00 |
| 000631 | PMNT | 01/31/2024 | CL | A | LATTIN, BRETT MATHEW | | 002641 | | 02/01/2024 | $400.00 |
| Grand Total | | | | | | | | | | $11,313.12 |