| | |
|---|---|
| **From:** | Peters, Jasmine (USAWY) |
| **To:** | Kristy Harriet; Christopher Wages |
| **Cc:** | Fisher, Teresa (USAWY) |
| **Subject:** | RE: Brett Lattin, 2:10-cr-88 - Garnishment |
| **Date:** | Friday, February 9, 2024 10:47:00 AM |
| **Attachments:** | image001.png |

Thank you. I will reach out to the Garnishee to discuss payments.

Jasmine M. Peters
Assistant United States Attorney
United States Attorney's Office
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2984

**From:** Kristy Harriet <Kristy@wagesgroup.com>
**Sent:** Thursday, February 8, 2024 1:57 PM
**To:** Peters, Jasmine (USAWY) <JPeters3@usa.doj.gov>; Christopher Wages <Chris@wagesgroup.com>
**Cc:** Fisher, Teresa (USAWY) <TFisher1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Brett Lattin, 2:10-cr-88 - Garnishment

Jasmine,

Chris does not need to be involved in the call.

Thanks,

*Kristy Harriet*
*Legal Assistant*
THE WAGES GROUP, LLC
130 South Main Street
Buffalo, WY 82834
(307) 684-2008
(307) 425-1017 facsimile
kristy@wagesgroup.com

CONFIDENTIALITY NOTICE: The information contained in this transmission is confidential and intended only for the person named above and may be protected by attorney-client privilege. Any examination, use, dissemination, distribution, or copying of this communication by any person other than the intended recipient is strictly prohibited. If you have received this communication in error, please permanently delete it and immediately notify the sender at (307) 684-2008. Thank you.

**From:** Peters, Jasmine (USAWY) <Jasmine.Peters@usdoj.gov>
**Sent:** Tuesday, February 6, 2024 1:34 PM

**To:** Kristy Harriet <Kristy@wagesgroup.com>; Christopher Wages <Chris@wagesgroup.com>
**Cc:** Fisher, Teresa (USAWY) <Teresa.Fisher@usdoj.gov>
**Subject:** RE: Brett Lattin, 2:10-cr-88 - Garnishment

Hi Kristy,

Chris and I discussed setting up a conference call with Garnishee to discuss the back owed garnishment payments. Does Chris want to participate in that call? If not, I will work directly with the employer.

Also, Chris was going to confirm there were not conflicts with him and the Garnishee.

Thank you,

Jasmine M. Peters
Assistant United States Attorney
United States Attorney's Office
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2984

---

**From:** Kristy Harriet <Kristy@wagesgroup.com>
**Sent:** Tuesday, February 6, 2024 1:03 PM
**To:** Peters, Jasmine (USAWY) <JPeters3@usa.doj.gov>; Christopher Wages <Chris@wagesgroup.com>
**Cc:** Fisher, Teresa (USAWY) <TFisher1@usa.doj.gov>
**Subject:** [EXTERNAL] RE: Brett Lattin, 2:10-cr-88 - Garnishment

Jasmine,

Mr. Lattin has provided the below information for his employment:

Reef Energy Services, LLC
P.O. Box 7351
Odessa, TX 79760

Contact:
Danny Griffin, President and COO
Cell Number:  469-586-9659
E-mail:  dgriffin@reefes.com

West Texas physical address:
1609 W. 2nd Street
Odessa, TX 79761

Job details:

Level II Field Technician
Hire date:  1/8/2024
Starting salary:  $55,000/year

1099 employee

Please let me know if you would still like to set up a phone call with Chris to discuss.

Thanks,

*Kristy Harriet*
*Legal Assistant*
THE WAGES GROUP, LLC
130 South Main Street
Buffalo, WY 82834
(307) 684-2008
(307) 425-1017 facsimile
kristy@wagesgroup.com

CONFIDENTIALITY NOTICE:  The information contained in this transmission is confidential and intended only for the person named above and may be protected by attorney-client privilege. Any examination, use, dissemination, distribution, or copying of this communication by any person other than the intended recipient is strictly prohibited. If you have received this communication in error, please permanently delete it and immediately notify the sender at (307) 684-2008.  Thank you.

---

**From:** Peters, Jasmine (USAWY) <Jasmine.Peters@usdoj.gov>
**Sent:** Tuesday, February 6, 2024 9:01 AM
**To:** Christopher Wages <Chris@wagesgroup.com>
**Cc:** Fisher, Teresa (USAWY) <Teresa.Fisher@usdoj.gov>; Kristy Harriet <Kristy@wagesgroup.com>
**Subject:** RE: Brett Lattin, 2:10-cr-88 - Garnishment

Good morning Chris,

I wanted to follow up with you on our call last week. Do you have any updated information as to your involvement with Garnishee? I would like to set up a conference call to resolve the garnishment payments.

Thank you,

Jasmine M. Peters
Assistant United States Attorney
United States Attorney's Office
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2984

---

**From:** Peters, Jasmine (USAWY)
**Sent:** Monday, January 29, 2024 9:33 AM
**To:** Christopher Wages <Chris@wagesgroup.com>

**Cc:** Fisher, Teresa (USAWY) <TFisher1@usa.doj.gov>; Kristy Harriet <Kristy@wagesgroup.com>
**Subject:** Brett Lattin, 2:10-cr-88 - Garnishment

Hi Chris,

It was a pleasure speaking with you this morning. This email is to follow up on our conversation and to memorialize the plan going forward. Based on our conversation, it is my understanding that you represent Mr. Lattin and agreed to assist Mr. Lattin with payments under the garnishment. As discussed, the Garnishee is responsible for withholding benefits from Mr. Lattin and providing payments to the Clerk of District Court under the Final Order in Garnishment (attached). Before we discuss this issue with Garnishee, you agreed to conduct a conflict check to make sure that you do not, or have not in the past, represented Garnishee in this matter. Once I hear back from you, I will set up a conference call with Garnishee for us to discuss the past owed garnishment payments and current garnishment payments. I attached the Answer of Garnishee for your review/records.

Thank you,

Jasmine M. Peters
Assistant United States Attorney
United States Attorney's Office
P.O. Box 668
Cheyenne, WY 82003
(307) 772-2984