FILED

*2:27 pm, 5/22/24*

**Margaret Botkins**
**Clerk of Court**

UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT MATHEW LATTIN,<br><br>Defendant,<br><br>and<br><br>MINERAL RESOURCES MANAGEMENT, LLC,<br><br>Garnishee. | Criminal No. 2:10-cr-00088-ABJ-1 |

**ORDER FOR JUDGMENT AGAINST GARNISHEE**
**MINERAL RESOURCES MANAGEMENT, LLC**

**THIS MATTER** is before the Court on the United States of America's *Motion for Order to Show Cause* ("Motion") (ECF No. 46). The *Motion* requested that Garnishee Mineral Resources Management, LLC (hereinafter "Garnishee") and/or the Registered Agent of Garnishee, Christopher M. Wages ("Mr. Wages" or "Agent"), show cause for failure to comply with the Court's *Final Order in Garnishment* (ECF No. 37), entered on September 1, 2021. *See* ECF No. 46. The Court held an Order to Show Cause hearing on May 21, 2024, at 9:30 a.m. *See* ECF No. 49; ECF No. 52. The United States of America was represented by Assistant United States Attorney Jasmine M. Peters, and Mr. Wages appeared on his own behalf.

On June 18, 2010, the Court entered Judgment against Defendant for conspiracy to commit mail and wire fraud, in violation of 18 U.S.C. §§ 1341, 1343, and 1349. ECF No. 15 at 1. Defendant was sentenced to a term of incarceration and supervised release. *Id.* at 2–4. In addition, the Court

ordered Defendant to pay a special assessment in the amount of $100 and restitution in the amount of $2,450,000. *Id.* at 6. Defendant was ordered to pay the restitution jointly and severally with his co-defendant Mark Allen McGregor, *See* Judgment and Commitment, *USA v. McGregor*, No. 2:10-CR-00087-ABJ (D. Wyo. Mar. 22, 2010), ECF No. 17 at 6, due immediately. *Id.* As of May 21, 2024, Defendant owes $2,378,347.88 in restitution.

On August 4, 2021, the United States filed an Application for Writ of Garnishment against Defendant and Garnishee. ECF No. 31. The Writ was addressed to Garnishee through Mr. Wages, Agent, at 130 S. Main Street, Buffalo, WY 82834. *See id.* Garnishee, through Member Daniel L. Groskop, filed an Answer to the Writ on August 16, 2021. ECF No. 35. According to the Answer, Defendant is paid fortnightly, with a gross pay of $2,000, and the amount to be withheld each pay period as $410. *Id.* at 2. On September 1, 2021, this Court entered a Final Order in Garnishment ("*Order*") against Defendant and Garnishee. ECF No. 37. The *Order* instructed Garnishee "and/or c/o [Mr.] Wages," to pay to the Clerk of District Court for the District of Wyoming 25% of each benefit held by Garnishee and owed to Defendant. *Id.* at 1.[1]

The United States filed a motion for order to show cause against Garnishee because Garnishee failed to withhold the benefits owed to Defendant and submit the withholdings to the Clerk of District Court. ECF No. 46; 28 U.S.C. § 3205(c)(6). The Court has considered this matter and is fully informed in the premises. The Court finds Garnishee has failed to withhold the benefits owed to Defendant pursuant to the Order and has failed to show cause as to why it has not complied with the Order. Accordingly, the Court enters Judgment against Garnishee Mineral Resources

---

[1] While it was insinuated at the Order to Show Cause hearing that the "and/or c/o" language may mean Mr. Wages is himself a garnishee, we find no support for this contention. A plain reading of our *Final Order in Garnishment* lists Mr. Wages as an agent of the Garnishee who may, or may not, be called upon to pay the Clerk of Court the amounts deducted from Defendant's pay, nothing more.

Management, LLC, for the back owed garnishment payments in the amount of $23,800. *See* 28 U.S.C. § 3205(c)(6).

**IT IS ORDERED** Judgment is entered against Garnishee Mineral Resources Management, LLC, to pay to the Clerk of District Court $23,800 in back owed garnishment withholdings within thirty (30) days. The check should be made payable to "Clerk, U.S. District Court" and mailed to:

> Clerk, U.S. District Court
> 2120 Capitol Avenue, Room 2141
> Cheyenne, WY 82001

**IT IS FINALLY ORDERED** Garnishee shall submit to the Clerk of District Court 25% of any future benefit owed to Defendant according to the Final Order in Garnishment. ECF No. 37.

DATED this 22d day of May 2024.

HON. ALAN B. JOHNSON
United States District Court Judge