IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:10-cr-00088-ABJ-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| BRETT MATHEW LATTIN, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MINERAL RESOURCES | ) | |
| MANAGEMENT, LLC, | ) | |
| | ) | |
| Garnishee. | ) | |

## MOTION FOR FINAL ORDER IN GARNISHMENT NUNC PRO TUNC

COMES NOW Christopher M. Wages, attorney for the Defendant, Brett Mathew Lattin, and states as follows:

1. A *Final Order in Garnishment* (Doc. 37) was entered by this Court on September 1, 2021.

2. In the *Final Order in Garnishment*, it states

IT IS THEREFORE ORDERED that Garnishee (Mineral Resources Management, PO Box 763, Sheridan, WY 82801, and/or c/o Christopher M. Wages, Agent, The Wages Group, LLC, 130 S. Main Street, Buffalo, WY 82834)) is hereby ordered to pay into the hands of the United States District Court, for the District of Wyoming, twenty-five percent (25%) of each benefit held by Garnishee and owed to Defendant.

3. Your movant is not a principal of Mineral Resources Management, LLC, and solely acted as registered agent for the company.

4.     Therefore, your movant seeks to have the *Final Order in Garnishment* amended to remove any reference to Christopher M. Wages from the document.

RESPECTFULLY submitted this 24nd day of May, 2024.

                                                  THE WAGES GROUP, LLC


                                                       /s/ Christopher M. Wages
                                                  Christopher M. Wages, WSB # 6-3276
                                                  Attorney for the Defendant
                                                  130 South Main Street
                                                  Buffalo, Wyoming 82834
                                                  (307) 684-2008
                                                  (307) 425-1017 – fax
                                                  chris@wagesgroup.com


CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2024, I filed the foregoing **MOTION FOR FINAL ORDER IN GARNISHMENT NUNC PRO TUNC** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail address: