Christopher M. Wages, WSB #6-3276
Attorney for Defendant
130 South Main Street
Buffalo, WY 82834
(307) 684-2008 phone
(307) 425-1017 fax
chris@wagesgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 10-CR-088-01J |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BRETT MATHEW LATTIN,** | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW Christopher M. Wages, of The Wages Group, LLC, and moves the Court for an order permitting Christopher M. Wages to withdraw as counsel for the Defendant, Brett Mathew Lattin, herein from the above-captioned matter on the grounds that counsel's representation is complete.

WHEREFORE, counsel requests that he be allowed to withdraw as counsel of the Defendant in the above-captioned matter and for such other relief as the Court may deem appropriate.

RESPECTFULLY SUBMITTED this 24th day of May, 2024.

THE WAGES GROUP, LLC

/s/ *Christopher M. Wages*
CHRISTOPHER M. WAGES, WSB # 6-3276
The Wages Group, LLC
130 South Main Street
Buffalo, WY 82834
(307) 684-2008
(307) 425-1017 – fax
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of May, 2024, a true and correct copy of the foregoing *Motion to Withdraw as Counsel* was served upon counsel for the United States of America via CM/ECF or the Court's Electronic Filing System.

/s/ *Christopher M. Wages*
CHRISTOPHER M. WAGES