NICHOLAS VASSALLO
United States Attorney
JASMINE M. PETERS (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2984
jasmine.peters@usdoj.gov

# UNITED STATES DISTRICT COURT

## DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT MATHEW LATTIN,<br><br>Defendant. | Criminal No. 2:10-cr-00088-ABJ-1 |

### PLAINTIFF'S OPPOSITION TO MOTION TO WITHDRAW AS COUNSEL (Doc. 55)

      Plaintiff, United States of America, by and through the United States Attorney for the District of Wyoming, and Assistant United States Attorney Jasmine M. Peters, respectfully submits this opposition to Christopher Wages's motion to withdraw as counsel for Defendant. (*See* Doc. 55).

      The United States opposes Mr. Wages's request to withdraw from this case because he has not complied with Local Rule 84.3(b). Counsel has not conferred with the United States, provided the admonitions required under Rule 84.3(b), demonstrated good cause to withdraw, or indicated that Defendant consents to the withdrawal. Accordingly, the United States opposes Mr. Wages's request at this time.

Dated May 24, 2024

                                        NICHOLAS VASSALLO
                                        United States Attorney

                          By:    */s/ Jasmine M. Peters*
                                        JASMINE M. PETERS
                                        Assistant United States Attorney