Christopher M. Wages, WSB #6-3276
Attorney for Defendant
130 South Main Street
Buffalo, WY 82834
(307) 684-2008 phone
(307) 425-1017 fax
chris@wagesgroup.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Case No. 10-CR-088-01J |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **BRETT MATHEW LATTIN,** | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED MOTION TO WITHDRAW AS COUNSEL

COMES NOW Christopher M. Wages, of The Wages Group, LLC, and moves the Court for an order permitting Christopher M. Wages to withdraw as counsel for the Defendant, Brett Mathew Lattin, herein from the above-captioned matter as follows:

Counsel seeks an order of the court allowing him to withdraw as counsel on the grounds that the work that Defendant hired counsel to represent him on is complete, there are no pending hearings, and counsel's withdrawal will not cause any prejudice or delays in this matter. The Defendant consents to counsel's withdrawal. Further, counsel for the government has no objection so long as the admonitions of the Rule are followed.

The movant hereby provides Defendant notice that should the court grant this motion, then the Defendant shall be personally responsible for complying with all deadlines and orders of this Court and time limitations of the Local Rules and Federal Rules of Civil Procedure.

WHEREFORE, counsel requests that he be allowed to withdraw as counsel of the Defendant in the above-captioned matter and for such other relief as the Court may deem appropriate.

RESPECTFULLY SUBMITTED this 30th day of May, 2024.

/s/ Brett Mathew Lattin

_____
Brett Mathew Lattin


THE WAGES GROUP, LLC


/s/ Christopher M. Wages
_____
CHRISTOPHER M. WAGES, WSB # 6-3276
The Wages Group, LLC
130 South Main Street
Buffalo, WY 82834
(307) 684-2008
(307) 425-1017 – fax
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 30 day of May, 2024, a true and correct copy of the foregoing *Amended Motion to Withdraw as Counsel* was served upon counsel for the United States of America via CM/ECF or the Court's Electronic Filing System.

I hereby certify that on the 30 day of May, 2024, a true and correct copy of the foregoing *Amended Motion to Withdraw as Counsel* was served upon the following via US mail and electronic mail as follows:

Brett Mathew Lattin
10 Oak Tree Court
Sheridan, WY 82801
Bmlattinconsuling01@gmail.com

/s/ Christopher M. Wages
_____
CHRISTOPHER M. WAGES