IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 31 2024
/ 1:09 am
Margaret Botkins, Clerk
Cheyenne

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:10-cr-00088-ABJ-1 |
| BRETT MATHEW LATTIN, | |
| Defendant, | |
| and | |
| ETHANOL US, LLC, | |
| Garnishee. | |

ANSWER OF GARNISHEE TO WRIT OF GARNISHMENT

_____

_____

_____Christopher Mercier_____, BEING DULY SWORN
*(Affiant Name)*
DEPOSES AND STATES:

**IF GARNISHEE IS AN INDIVIDUAL**:

I am Garnishee herein doing business in the name of _____

_____
*(State full name and address of business)*

**IF GARNISHEE IS A PARTNERSHIP**:

I am a partner or authorized representative of a partnership designated as _____

_____
*(State full name and address of partnership)*

**IF GARNISHEE IS A CORPORATION OR LIMITED LIABILITY COMPANY**:

I am the _____ of Garnishee,
*(official title)*
  G&A Outsourcing, LLC        17220 Katy Freeway, Ste 350, Houston, TX 77094
*(State full name and address of business entity)*

a Corporation / Limited Liability Company *(circle one)*, organized under the laws of the State of

   Texas

On _____July 25, 2024_____, Garnishee was served with the Writ of Continuing Garnishment, and answers as follows:

A. Garnishee employs Defendant or otherwise provides Defendant with compensation for services in the manner set forth in the following subsections-

   1. Defendant's current pay period is:
      ____ weekly
      __X__ bi-weekly
      ____ semi-monthly
      ____ monthly
      ____ Other (please specify) _____

   2. Defendant's current pay period (in effect on the date when the writ of garnishment was served) began and will end on the following dates:

      __7__ / __8__ / __2024__ to __7__ / __21__ / __2024__

   3. The following amounts reflect Defendant's disposable earnings and the amount to be withheld pursuant to this Writ of Garnishment:
      (a) Gross pay                                       $ 1480.80
      (b) Federal income tax                              $ 101.39
      (c) FICA                                            $ 113.29
      (d) State income tax                                $ 0.00
      (e) Local income tax                                $ 0.00
      (f) Total tax withholdings                          $ 214.68
          (sum of (b) through (e))
      (g) Net Pay/Disposable Earnings                     $ 1266.12
          (line (a) minus line (f))
      (h) Amount to be withheld                           $ 316.53

(lesser of: (1) line (g) times 25%; or (2) the amount line (g) exceeds 30 times the federal minimum wage)

2

B.  Garnishee has been served with other previous garnishments as to Defendant, which are described below to include the effective dates of the garnishment, whether the garnishment is continuing, and the garnishing party:

_____N/A_____
_____
_____

C.  Garnishee has custody, control, or possession of the following property (non-earnings), in which the Defendant maintains an interest, as described below:

| | *Description of Property* | *Value* | *Approximate Description of Defendant's Interest in Property* |
|---|---|---|---|
| 1. | N/A | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

D.  Garnishee anticipates owing to Defendant in the future, the following amounts:

| | *Amount* | *Estimate Date or Period Due* |
|---|---|---|
| 1. | $ 2961.60 | 8/9/2024 |
| 2. | $ 2961.60 | 8/23/2024 |
| 3. | $ 2961.60 | 9/6/2024 |
| 4. | $ 2961.60 | 9/20/2024 |

E.  Garnishee denies holding property subject to this Writ of Garnishment for the reasons indicated below:

__X__ The Garnishee is now in no manner and upon no account indebted or under liability to Defendant, and the Garnishee does not have his/her possession or control any property belonging to Defendant, or in which the Garnishee has an interest, and is in no manner liable as Garnishee in this action.

_____ The Garnishee makes the following claim of exemption(s) on the part of Defendant:

_____
_____
_____

_____ Garnishee claims it has the following objections, defenses, or set-offs to Plaintiff's right to apply Garnishee's indebtedness to Defendant upon Plaintiff's claim:

_____
_____
_____
_____

Garnishee mailed the original of this answer by first-class mail to:

    Clerk, U.S. District Court
    2120 Capitol Avenue, Room 2141
    Cheyenne, WY 82001

and a copy of this answer by first-class mail to Defendant and the United States Attorney's Office for the District of Wyoming:

| | |
|---|---|
| Brett Mathew Lattin | U.S. Attorney's Office |
| 1949 Sugarland Drive | District of Wyoming |
| Sheridan, WY 82801-5121 | Financial Litigation Program |
| | P.O. Box 668 |
| | Cheyenne, WY 82003-0668 |

_[signature]_
**GARNISHEE**

STATE OF \_\_TX\_\_ )
                   ) ss.
COUNTY OF \_\_HARRIS\_\_ )

[Notary seal: AMANDA DENISE V... Notary ID #12973... My Commission Ex... April 11, 202...]

Subscribed and sworn to before me by this \_25\_ day of \_JULY 2024\_.

_____
Notary Public
My Commission expires: \_4/11/2026\_

4



G&A Partners
Time to grow.

17220 Katy Freeway
Suite 350
Houston, TX 77094



FIRST-CLASS



US POSTAGE ᴾᴮPITNEY BOWES

ZIP 77094
02 7W
0008029334 JUL 25 2024

$ 000.69⁰

Clerk, US District Court
2120 Capitol Avenue, Room 2141
Cheyenne, WY 82001

8200133658 C015