Eric Heimann
Acting United States Attorney
Jasmine M. Peters (WY Bar # 7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2984
jasmine.peters@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:10-cr-00088-ABJ-1 |
| BRETT MATHEW LATTIN, | |
| Defendant. | |

### PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES

Plaintiff, United States of America, by and through the Acting United States Attorney for the District of Wyoming, and Assistant United States Attorney Jasmine M. Peters, respectfully moves this Court, pursuant to Fed. R. Civ. P. 37, for an Order compelling Defendant, Brett Mathew Lattin, to provide answers to the previously served Interrogatories and produce documents responsive to the previously served Requests for Production. In support of this motion, the undersigned provides as follows:

1. On May 31, 2024, the United States mailed Defendant discovery in aid of collection for the debt owed by virtue of the Judgment in this case. The discovery documents were mailed to Defendant at his last known address and to his former attorney Christopher Wages. *See* Ex. 1. Although the Court granted Mr. Wages's motion to withdraw as counsel for Defendant on June

18, 2024, the Answers and responsive documents were still due thirty (30) days from the date sent. (Doc. 60).

2. On July 1, 2024, Defendant provided undersigned counsel with his current employer's information via an email from bmlattin@gmail.com.

3. On July 3, 2024, undersigned counsel emailed Defendant a copy of the outstanding discovery requests. Defendant refused to respond to that email.

4. On July 9, 2024, undersigned counsel emailed Defendant again concerning the discovery requests and stated that if responses were not received then the United States would file a motion to compel with the Court. Again, Defendant refused to respond to the email.

5. In one last attempt to obtain compliance, the United States mailed a copy of the materials to a newly discovered potential address (10 Oaktree Ct., Sheridan, WY 82801) on July 16, 2024.

6. On July 24, 2024, the discovery documents were returned, ostensibly refused by Defendant.

Accordingly, pursuant to FED. R. CIV. P. 37(a)(3)(B), the United States requests this Court order Defendant to answer the previously served Interrogatories and provide responsive documents to the previously served Requests for Production within fourteen (14) days of its Order.

DATED August 20, 2024.

        ERIC HEIMANN
        Acting United States Attorney

By:   /s/ *Jasmine M. Peters*
        JASMINE M. PETERS
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2024, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid and emailed as follows:

Brett Mathew Lattin
1949 Sugarland Drive
Sheridan, WY 82801-5121

Brett Mathew Lattin
10 Oaktree Ct.
Sheridan, WY 82801-8000

Brett Mathew Lattin
bmlattin@gmail.com

*/s/ Hunter Davila*
United States Attorney's Office