ERIC HEIMANN
Acting United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2984
jasmine.peters@usdoj.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:10-cr-00088-ABJ |
| BRETT MATHEW LATTIN, | |
| Defendant. | |

## PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE

The United States of America, by and through the Acting United States Attorney for the District of Wyoming, and Assistant United States Attorney Jasmine M. Peters, respectfully moves this Court for an Order to Show Cause as to why Defendant Brett Mathew Lattin, should not be held in contempt for his failure to answer the previously served Interrogatories and produce documents responsive to the previously served Requests for Production. FED. R. CIV. P. 37(b)(2)(A)(vii). In support of this motion, the United States provides as follows:

1.  On May 31, 2024, the United States mailed Defendant discovery in aid of collection for the debt owed by virtue the Judgment in this case. (*See* Doc. 15). The discovery documents were mailed to Defendant at his last known address and to his former attorney Christopher Wages. (*See* Doc. 68). Despite this Court granting Mr. Wages's motion to withdraw as Defendant's

counsel on June 18, 2024, the answers and responsive documents were still due thirty (30) days from the date sent. (*See* Doc. 60).

2. On August 20, 2024, the United States moved this Court for an order to compel Defendant to provide answers and responsive documents to the previously served discovery. (Doc. 68). This Court granted the motion, and Defendant was ordered to respond to the discovery by September 5, 2024. (Doc. 70).

3. On August 27, 2024, the United States Postal Service marked as undeliverable the government's service copy of the motion for an order to compel the production of responsive documents. Likewise, on September 3, 2024, the Court's order was also returned as undeliverable. (Doc. 71).

4. Although the mail was returned, the United States also emailed Defendant copies of all documents at an email address Defendant used to previously contact undersigned counsel.

5. The United States has reason to believe Defendant is refusing his mail, ignoring this Court's order, and deliberately frustrating the efforts of the United States to collect against the Judgment.

6. As of this filing, Defendant has not complied with the Court's order to answer the previously served Interrogatories and provide responsive documents to the previously served Requests for Production.

THEREFORE, the United States respectfully asks the Court to set this matter for an order to show cause hearing in 30-45 days (allowing time for personal service of the order). In addition, the United States requests the Court order the United States Marshals Service to personally serve Defendant with the order to show cause, order to compel, and discovery documents. If Defendant

refuses to provide the United States with the discovery responses and/or fails to show cause at the scheduled hearing, the United States will request this Court hold Defendant in contempt.

DATED this 6th day of September 2024.

                                      ERIC HEIMANN
                                      Acting United States Attorney

By:   */s/ Jasmine M. Peters*
        JASMINE M. PETERS
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2024, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid and emailing, as follows:

Brett Mathew Lattin
1949 Sugarland Drive
Sheridan, WY 82801-5121

Brett Mathew Lattin
10 Oaktree Ct.
Sheridan, WY 82801-8000

Brett Mathew Lattin
bmlattin@gmail.com

                                      */s/ Hunter J. Davila*
                                      HUNTER J. DAVILA
                                      United States Attorney's Office