STEPHANIE I. SPRECHER
Acting United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2984
jasmine.peters@usdoj.gov

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:10-cr-00088-ABJ |
| BRETT MATHEW LATTIN, | |
| Defendant. | |

**PLAINTIFF'S MOTION TO VACATE THE ORDER TO SHOW CAUSE HEARING**

The United States of America, by and through the Acting United States Attorney for the District of Wyoming, and Assistant United States Attorney Jasmine M. Peters, respectfully moves this Court to vacate the Order to Show Cause hearing, scheduled for April 24, 2025, at 1:30 PM (Doc. 75).

The discovery requests that were previously served on Defendant in May of 2024 are still outstanding. The United States has attempted to serve Defendant with the Order to Show Cause hearing, but has been unsuccessful. Due to the lack of cooperation by Defendant and his actions to evade service of the Order to Show Cause, the United States has issued several subpoenas for information related to Defendant's financial circumstances. Given the results from these other investigatory efforts, the United States believes it should focus on different enforcement tactics and abandon the discovery requests.

For the reasons stated above, the United States respectfully requests the Order to Show Cause hearing, scheduled for April 24, 2025 at 1:30 PM be vacated.

Dated March 18, 2025.

                                      STEPHANIE I. SPRECHER
                                      Acting United States Attorney

By:   */s/ Jasmine M. Peters*
        JASMINE M. PETER
        Assistant United States Attorney

### CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2025, I served a true and correct copy of the foregoing upon Defendant, *pro se*, by depositing with the United States Postal Service, first-class postage prepaid and emailing, as follows:

Brett Mathew Lattin
1949 Sugarland Drive
Sheridan, WY 82801-5121

Brett Mathew Lattin
10 Oaktree Ct.
Sheridan, WY 82801-8000

Brett Mathew Lattin
bmlattin@gmail.com

                                    */s/ Kathryn Rauk*
                                    KATHRYN RAUK
                                    United States Attorney's Office