DARIN D. SMITH
United States Attorney
JASMINE M. PETERS (WY Bar #7-5714)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
(307) 772-2984
jasmine.peters@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 2:10-cr-00088-ABJ |
| BRETT MATHEW LATTIN, | |
| Defendant, | |
| and | |
| ETHANOL US, LLC, | |
| Garnishee. | |

## MOTION TO QUASH GARNISHMENT

Plaintiff, United States of America, through the United States Attorney for the District of Wyoming and Assistant United States Attorney Jasmine M. Peters, pursuant to 28 U.S.C. § 3205(c)(10), respectfully requests the Court quash the *Final Order in Garnishment* against Garnishee and Defendant.

On August 20, 2024, this Court entered the *Final Order in Garnishment* against Garnishee and Defendant, ordering Garnishee to pay to the Clerk of Court 25% of each benefit held by Garnishee and owed to Defendant. (Doc. 67). However, on November 18, 2025, Garnishee confirmed with the United States that Defendant is no longer an employee of Garnishee, and that

Defendant is not eligible for rehire. According to Garnishee, Defendant's employment was terminated on June 5, 2025. Because Defendant is no longer an employee of Garnishee, the United States files this motion to quash the garnishment.

       Dated November 24, 2025

DARIN D. SMITH
United States Attorney

By:    */s/ Jasmine M. Peters*
        JASMINE M. PETERS
        Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2025, I served a true and correct copy of the foregoing upon the parties by depositing with the United States Postal Service, first-class postage prepaid and emailed as follows:

Brett Mathew Lattin
10 Oak Tree Ct.
Sheridan, WY 82801
bmlattin@gmail.com

Ethanol US, LLC
G&A Partners
17220 Katy Freeway, Suite 350
Houston, TX 77094
WWalker@gnapartners.com

*/s/ Kathy Rauk*
United States Attorney's Office
